CHARLES KELLY, Appellant, *v.* NATIONAL STARCH
COMPANY, Respondent.

*Kelly* v. *National Starch Co.*, 145 App. Div. 909, affirmed.
(Argued March 5, 1913; decided March 25, 1913.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,
entered June 10, 1911, affirming a judgment in favor of
defendant entered upon a dismissal of the complaint by
the court at a Trial Term in an action to recover for per-
sonal injuries alleged to have been sustained by plaintiff
through the negligence of defendant, his employer.

*D. P. Morehouse* for appellant.

*Elisha B. Powell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD
BARTLETT, CHASE, COLLIN and HOGAN, JJ.